# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jose Luis Villanueva,<br><br>　　　　Plaintiff<br><br>v.<br><br>Charles Daniels, et al.,<br><br>　　　　Defendants | Case No.: 2:21-cv-01436-APG-DJA<br><br>**Order Granting Motion to Extend Time to File First Amended Complaint**<br><br>(ECF No. 7) |

　　　　On December 29, 2021, I dismissed all of Jose Villanueva's claims and granted him leave to amend all but one. ECF No. 5.  I ordered Villanueva to file his first amended complaint by February 4, 2022. *Id.* at 17.  Before that deadline expired, Villanueva filed moved to extend it by 30 days, explaining he needs more time to evaluate his circumstances considering a recent Ninth Circuit decision, and he "is reliant on legal assistance provided by [his] peers."  ECF No. 7 at 3.

　　　　Good cause appearing, I order that Villanueva's motion to extend time (ECF No. 7) is GRANTED.  The time for Villanueva to file his first amended complaint is **EXTENDED to March 4, 2022**.  If Villanueva fails to file his first amended complaint by March 4, 2022, this action will be subject to dismissal and closed.

　　　　Dated: February 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge