UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOSE LUIS VILLANUEVA, | Case No. 2:21-cv-01436-CDS-DJA |
|---|---|
| Plaintiff | ORDER |
| v. | |
| CHARLES DANIELS, et al., | |
| Defendants | |

**I.    DISCUSSION**

The Court is informed that Plaintiff is no longer incarcerated.  (*See* ECF No. 15). But Plaintiff has not filed an updated address with this Court.  Nevada Local Rule of Practice IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number."  "The notification must include proof of service on each opposing party or the party's attorney."  Nev. Loc. R. IA 3-1.  And "[f]ailure to comply with th[e] rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."  *Id.*

The Court will grant Plaintiff a 30-day extension to file his updated address with this Court.  The Court will deny Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 4) as moot because Plaintiff is no longer incarcerated.  And the Court will grant Plaintiff a 30-day extension to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $402.

**II.   CONCLUSION**

It is therefore ordered that Plaintiff will file an updated address with the Clerk of the Court by **December 8, 2022**.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 4) is denied as moot.

/ / /

It is further ordered that by **December 8, 2022**, Plaintiff will either (1) file a fully complete application to proceed *in forma pauperis* for a non-prisoner or (2) pay the full $402 filing fee.

It is further ordered that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is directed to (1) electronically send this order to Plaintiff Jose Villanueva at the address listed for him with the Court in the ordinary course and (2) send courtesy copies of this order, the approved form application to proceed *in forma pauperis* by a non-prisoner, and the document entitled information and instructions for filing an *in forma pauperis* application to: Jose Villanueva, care of New Hope/Well Care, 1308 Fremont Street, Las Vegas, NV 89101.

DATED this 8th day of November 2022.

_____
UNITED STATES MAGISTRATE JUDGE