1

2    **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3

4    Jose Luis Villanueva,                          Case No. 2:21-cv-01436-CDS-DJA

5                        Plaintiff              **Order Granting Motion**
**Requesting Documents**
6              v.

7    Charles Daniels, et al.,                        [ECF No. 38]

8                        Defendants

9

10        This was a civil-rights case brought under 42 U.S.C. § 1983 by pro se plaintiff Jose Luis

11   Villanueva. The action was dismissed without prejudice on April 25, 2023. *See* Order, ECF No. 28.

12   Villanueva initially appealed that order (Notice of appeal, ECF No. 33), but later voluntarily

13   dismissed it. Order from Ninth Circuit Court of Appeals, ECF No. 37. Villanueva has since filed a

14   motion asking if this matter is still stayed and if he can retrieve a copy of his case file from the

15   court. *See generally* Mot., ECF No. 38. Villanueva represents that due to financial issues, he cannot

16   afford to get a copy of his file from the prison. *Id.* at 1. He seeks this information so he can file a

17   new case before the statute of limitations runs. *Id.* at 2.

18        While this is a closed matter, I nonetheless consider Villanueva's motion, which I construe

19   as seeking a copy of the docket, his motion for leave to proceed *in forma pauperis* (IFP) and

20   initiating complaint (ECF No. 1), a copy of the screening order (ECF No. 5), a copy of his

21   amended complaint (ECF No. 9), a copy of the order denying his IFP application and order

22   requiring Villanueva to update his address (ECF No. 17), the order dismissing this action without

23   prejudice (ECF No. 18), and the judgment (ECF No. 19). I find good cause to grant Villanueva's

24   request.

25

26

1        IT IS THEREFORE ORDERED that Villanueva's motion **[ECF No. 38] is GRANTED**.

2        The Clerk of Court is kindly directed to send a copy of ECF Nos. 1, 5, 9, 17, 18, and 19, as

3   well as a printout of the docket, with this order.

4        **Law librarian: please provide a copy of this order and the attachments to Jose Luis**

5   **Villanueva.**

6        Dated: July 24, 2024

7        _____

8        Cristina D. Silva
         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26